UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALEKS STOJANOVIC,

                Plaintiff,

v.

BRIGHTER CHOICE FOUNDATION, INC. and
ACHIEVEMENT ACADEMY CHARTER SCHOOL,

                Defendants.

**ELECTRONICALLY FILED**

**DEFENDANT BRIGHTER CHOICE FOUNDATION, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No. 13-CV-0094 (LEK/CFH)

        Defendant Brighter Choice Foundation, Inc., by its attorneys, Bond, Schoeneck & King, PLLC, makes the following disclosures in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

        1.    Brighter Choice Foundation, Inc. is a not-for-profit corporation and as such has no parent corporation; and

        2.    Brighter Choice Foundation, Inc. is a not-for-profit corporation and has no shareholders.  There are no publicly held corporations that own 10% or more of its stock.

Dated: April 1, 2013

BOND, SCHOENECK & KING, PLLC

By: <u>Nicholas J. D'Ambrosio, Jr.</u>
     Bar Roll No.: 101449
Attorneys for Defendants
111 Washington Avenue
Albany, NY  12210-2211
Telephone:  (518) 533-3000
Facsimile :  (518) 533-3299
E-Mail:  ndambrosio@bsk.com

TO: Graig E. Zappia, Esq.
Bar Roll No. 513581
TULLY RINCKEY, PLLC
Attorneys for Plaintiff
441 New Karner Road
Albany, NY 12205
Telephone:  (518) 218-7100
Facsimile:  (518) 218-0496
Email:  gzappia@1888Law4Life.com