# TULLY RINCKEY PLLC
## ATTORNEYS & COUNSELORS AT LAW

441 NEW KARNER ROAD
ALBANY, NEW YORK 12205-3884
(518) 218-7100
FAX: (518) 218-0496
WWW.TULLYLEGAL.COM
EMAIL: INFO@TULLYLEGAL.COM

April 18, 2013

*VIA ELECTRONIC FILING*

Hon. Christian F. Hummel, U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley, U.S. Courthouse
445 Broadway, Room 314
Albany, NY 12207

Re:   *Stojanovic v. Brighter Choice Foundation, Inc., et al.*
      Civil Action No.: 13-cv-0094 (LEK/CFH)

Dear Judge Hummel:

This letter shall serve to confirm my appearance on behalf of the Plaintiff, and it is my wish to receive electronic notifications in addition to Plaintiff's lead attorney, Graig F. Zappia.

Thank you for the Court's attention in this matter.

Respectfully Submitted,

TULLY RINCKEY PLLC

Michael W. Macomber
NDNY Bar Roll No.: 516235
*Attorney for Plaintiff*